# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  17−12835−BFK
**Chapter**  13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joong Don Park
aka Joong D. Park, aka Joong Park
3850 Farr Oak Circle
Fairfax, VA 22030−2437

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−8518

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on September 11, 2017 dismissing the above−captioned case.

Dated:   September 11, 2017                                              For the Court,

                                                                         William C. Redden, Clerk
[VAN015vDec2009.jsp]                                                     United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 17-12835-BFK
Joong Don Park                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: stewarts              Page 1 of 1              Date Rcvd: Sep 11, 2017
                              Form ID: VAN015             Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2017.
db              Joong Don Park,    3850 Farr Oak Circle,    Fairfax, VA  22030-2437
14021893       +Honda Financial Services,    PO Box 49070,    Charlotte, NC  28277-1007
14021894       +PNC Bank,    PO Box 3180,    Pittsburgh, PA  15230-3180
14021895       +Shapiro & Brown, LLP,    10021 Balls Ford Road,    Suite 200,    Manassas, VA  20109-2666
14021896        VA Department of Taxation,    PO Box 26685,    Richmond, VA  23261-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14046033        EDI: HNDA.COM Sep 12 2017 03:03:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX  75016-8088
14021891       +EDI: AMEREXPR.COM Sep 12 2017 03:03:00      American Express,    PO Box 981537,
                 El Paso, TX  79998-1537
14021892       +EDI: CAPITALONE.COM Sep 12 2017 03:03:00      Capital One Bank USA, N.A.,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
14021897       +EDI: WFFC.COM Sep 12 2017 03:03:00      Wells Fargo Bank, N.A.,    PO Box 10335,
                 Des Moines, IA  50306-0335
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2017 at the address(es) listed below:
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
              Thomas P. Gorman    ch13alex@gmail.com, tgorman26@gmail.com
              Weon Geun Kim    on behalf of Debtor Joong Don Park jkkchadol99@gmail.com,
               attorneygrace4u@gmail.com
                                                                                              TOTAL: 3